UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RIBEIRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRO FOCUS INTERNATIONAL PLC, CHRISTOPHER HSU, STEPHEN MURDOCH, MIKE PHILLIPS, KEVIN LOOSEMORE, NILS BRAUCKMANN, KAREN SLATFORD, RICHARD ATKINS, AMANDA BROWN, SILKE SCHEIBER, DARRON ROOS, AND JOHN SCHULTZ,<br><br>Defendants. | No. 1:18-cv-4764 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Ribeiro hereby gives notice that this action is voluntarily dismissed without prejudice against the defendants.

July 19, 2018

**GARDY & NOTIS, LLP**
*s/ Meagan A. Farmer*
Mark C. Gardy
Meagan A. Farmer
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
(212) 950-0509 phone
(212) 905-0508 fax
mgardy@gardylaw.com
mfarmer@gardylaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com

*Counsel for Plaintiff*